USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                    :

RUTH NOEMI NORMAN,                      :

                                                                    :

                          Plaintiff,     :                1:23-cv-09245-GHW

                -against-                 :                    ORDER

EXPERIAN INFORMATION SOLUTIONS,  :
Inc., EQUIFAX INFORMATION SERVICES,  :
LLC, *and* TRANS UNION LLC,                    :

                                  Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on October 20, 2023.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 3, 2023.  Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: October 26, 2023
       New York, New York

                                                            _____
                                                                    GREGORY H. WOODS
                                                              United States District Judge