UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
RUTH NOEMI NORMAN,

                Plaintiff,

-against-                                  23 **CIVIL** 9245 (GHW)

## JUDGMENT

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, *and*
TRANS UNION LLC,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2024, As the R&R points out, Plaintiff has now had multiple opportunities to plead her claims, as well as the benefit of the Court's analysis on defendants' prior motion to dismiss. R&R at 11. Plaintiff has provided no indication in her submissions that she has a colorable FCRA claim, such that a third opportunity to amend could cure the SAC's pleading deficiencies. Accordingly, Plaintiff's FCRA claims are dismissed with prejudice, without leave to amend. TechnoMarine, 758 F.3d at 506; Selvam v. Experian Info. Sols., Inc., No. 13-CV-6078 DLI JO, 2015 WL 1034891, at *4 (E.D.N.Y. Mar. 10, 2015). Judgment is entered in favor of Defendant Trans Union LLC. Accordingly, the case is closed.

**Dated:** New York, New York

      August 21, 2024

                                                              **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                            **BY:**

                                                            **Deputy Clerk**