UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/20/24
```

-------------------------------------------------------------- X
:
RUTH NOEMI NORMAN,                                             :
:
                              Plaintiff,     :          1:23-cv-9245-GHW
:
              -v -                           :              ORDER
:
EXPERIAN INFORMATION SOLUTIONS,              :
INC., EQUIFAX INFORMATION SERVICES,          :
LLC, *and* TRANS UNION LLC,                  :
:
                              Defendants.    :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 6, 2024, Plaintiff filed a letter requesting an extension of the deadline to submit objections to Judge Cott's Report and Recommendation recommending dismissal of Plaintiff's claims. Dkt. No. 60. Although the letter is dated August 13, the letter was not filed until September 6, 2024. *Id.* The Court has already entered judgment dismissing Plaintiff's claims with prejudice, without leave to amend, as of August 21, 2024. Dkt. No. 59. Because this case is closed, Plaintiff's request is denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  September 9, 2024                        _____
New York, New York                                    GREGORY H. WOODS
                                                     United States District Judge